UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 02-60176-CR-DIMITROULEAS

  Plaintiff,

vs.

RAFAEL DANIEL DE LA CRUZ-JIMENEZ,

  Defendant.
_____/

## OMNIBUS O R D E R

THIS CAUSE having been heard upon Defendant De La Cruz-Jimenez's pro se May 21, 2008 Requests For Entry of Defaults [DE-142, 143, 144 and 145], and this Court having presided over this cause, having reviewed the court file, and being otherwise fully advised, finds as follows:

1. On March 11, 2004, the Eleventh Circuit Court of Appeals affirmed De La Cruz-Jimenez's conviction and sentence. United States v. De La Cruz-Jimenez, 99 Fed. Appx. 885 (11th Cir. 2004). [CR-DE-108]. The criminal case is now final.

2. This Court has no jurisdiction over any case filed or to be filed against Oscar Arroyove, Paul A. McKenna, Robert A. Rosenblatt or Sheldon C. Taylor. If Defendant's motions made any sense, they are still not properly filed in this criminal case.

Wherefore, Defendant's Requests For Entry of Defaults [DE-142, 143, 144 and 145] are Dismissed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of June, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Rafael Daniel De La Cruz Jimenez, #56269-004
c/o FCI McKean
PO Box 8000
Bradford, Pa 16701

Laurence Bardfeld, AUSA